JS - 6

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| HELEN VILLA,                               ) | Case No. CV 07-6618-MLG |
|                        Plaintiff,          ) | |
|                                            ) | **JUDGMENT** |
|        vs.                                 ) | |
|                                            ) | |
| MICHAEL J. ASTRUE,                         ) | |
| Commissioner of Social                     ) | |
| Security,                                  ) | |
|                                            ) | |
|                        Defendant.          ) | |
|                                            ) | |

**IT IS ADJUDGED** that this action is remanded to defendant for further proceedings pursuant to Sentence Four of 42 U.S.C. § 405(g) and consistent with the accompanying Memorandum Opinion and Order.

DATED: August 11, 2008

_____
MARC L. GOLDMAN
United States Magistrate Judge