1  Young Cho
   Attorney at Law: 189870
2  Law Offices of Lawrence D. Rohlfing
   12631 E. Imperial Highway, Suite C-115
3  Santa Fe Springs, California 90670
   Tel.: (562) 868-5886
4  Fax: (562) 868-5491
   E-mail:  young_rohlfing.office@speakeasy.net
5
   Attorneys for Plaintiff HELEN VILLA
6

7

8

9 **UNITED STATES DISTRICT COURT**

10 **CENTRAL DISTRICT OF CALIFORNIA**

11

12 HELEN VILLA,                          ) Case No.: CV 07-6618 MLG
                                         )
13         Plaintiff,                    ) [PROPOSED] ORDER AWARDING
                                         ) EQUAL ACCESS TO JUSTICE ACT
14    vs.                                ) ATTORNEY FEES PURSUANT TO
                                         ) 28 U.S.C. § 2412(d)
15 MICHAEL J. ASTRUE,                    )
   Commissioner of Social Security,     )
16                                       )
           Defendant.                    )
17 _____)

18    Based upon the parties' Stipulation for the Award and Payment of Equal

19 Access to Justice Act Fees, IT IS ORDERED that the Commissioner shall pay to

20 Young Cho, as Plaintiff's assignee and subject to the reservation of rights, the

21 amount of four thousand four hundred ($4,400.00), as authorized by 28 U.S.C. §

22 2412(d), subject to the terms of the above-referenced Stipulation.

23 DATE:  November 12, 2008

24                    **MARC L. GOLDMAN**
                      _____
25                    THE HONORABLE MARC L. GOLDMAN
                      UNITED STATES MAGISTRATE JUDGE
26

-1-